RICHARD G. CAMPBELL, JR.
Nevada Bar No.:  1832
ARMSTRONG TEASDALE, LLP
50 West Liberty Street, Suite 950
Reno, Nevada 89501
Telephone No.:  (775) 322-7400
Facsimile No.:  (775) 322-9049
Email:  rcampbell@armstrongteasdale.com

JENNIFER E. HOEKEL
Nevada Bar No.: 12775
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone No.:  314.621.5070
Facsimile No.:  314.621.5065
Email:  jhoekel@armstrongteasdale.com

*Attorneys for Plaintiff Computerized Screening, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COMPUTERIZED SCREENING, INC., | CASE NO. |
| Plaintiff, | |
| v. | **PLAINTIFF COMPUTERIZED SCREENING, INC.'S COMPLAINT** |
| HEALTHSPOT, INC. | **JURY TRIAL DEMANDED** |
| Defendant. | |

Plaintiff Computerized Screening, Inc. ("CSI") states as follows for its Complaint against Healthspot, Inc. ("Healthspot"):

1.      This is an action arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.,* for infringement of U.S. Patent No. 6,692,436 (the "'436 Patent"), attached herein as Exhibit 1.

2.      This Court has subject matter jurisdiction over this action under 28 U.S.C. sections 1331 and 1338(a).

**THE PARTIES**

3.     Plaintiff CSI is a Nevada corporation with its principal place of business at 9550 Gateway Drive, Reno, Nevada 89521.

4.     On information and belief, Defendant Healthspot is a Delaware corporation with its principal place of business at 545 Metro Place South, Dublin, Ohio 43017.

**JURISDICTION AND VENUE**

5.     On information and belief, Healthspot is subject to personal jurisdiction in this district because it has used, offered for sale, and/or sold infringing products in this district, and has contributed to or induced third-parties to infringe in this district.

6.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 (b), (c) and 1400(b) because a substantial part of the events giving rise to CSI's claims occurred in this district and Healthspot is a corporation subject to personal jurisdiction in this district.

**BACKGROUND**

7.     Charles P. Bluth ("Mr. Bluth"), founder of CSI in 1978, is a co-inventor of the '436 Patent.  Mr. Bluth is a serial entrepreneur who has owned and operated twenty-two businesses in Nevada and other states.

8.     CSI is an FDA registered Class II medical manufacturer of patient interactive kiosks that integrate non-invasive and invasive preventive health screening technology and telemedicine solutions.  CSI's kiosks provide accurate blood pressure and heart rate testing, complete fitness evaluation, drug encyclopedia and compatibility, information on local health care providers from physicians to hospitals to crisis centers, create personal health records and electronic medical records, and can track an individual's health status on a daily, weekly, or monthly basis.  The kiosks provide handicap accessible seating and a weight scale integrated into the seat for weight measurement.

9.     CSI's kiosks are installed in grocery and drug stores, as well as corporations, emergency rooms, hospitals, clinics, and physician's offices around the United States.

/ / /

/ / /

10.     On February 17, 2004, the United States Patent and Trademark Office ("USPTO") duly and legally issued the '436 Patent to CSI for an invention entitled "Health Care Information System."

11.     On December 17, 2009, a request for reexamination was filed in the USPTO. The request was granted, the patent claims reexamined, and on September 20, 2011, the USPTO issued the reexamination certificate.

12.     Upon reexamination, the patentability of claims 1-3, 6-10, 14, 15, 17, 37-49 and 52 was confirmed.  Claims 4-5, 11-13, 16, 18, 20-24, 33, 35-36, 50-51, 53, and 55-57 were found patentable as amended. Claims 19, 25-32 and 54, dependent on an amended claim, were found patentable.  New claims 58-65 were added.

13.     CSI is the owner by assignment of the '436 Patent.

14.     The '436 Patent is generally directed to health monitoring kiosks that measure blood pressure or weight and transmit the data through a network to store the measurement data in remote data storage.

15.     Healthspot kiosks employ the inventions claimed in the '436 Patent.

16.     Healthspot has manufactured, used, offered for sale, and/or sold within the United States the Healthspot Station.

17.     CSI has informed Healthspot of the '436 Patent.

**COUNT I: INFRINGEMENT OF U.S. PATENT NO. 6,692,436**

18.     CSI realleges and incorporates by reference Paragraphs 1-17 of this Complaint as if fully set forth herein.

19.     The '436 Patent is valid, enforceable, and unexpired.

20.     Healthspot has infringed and continues to infringe the '436 Patent, literally and under the doctrine of equivalents, by making, having made, using, selling, offering for sale, and/or importing, without authority, products, including but not limited to the Healthspot Station.

21.     Healthspot has contributed to and/or induced, and continues to contribute to and/or induce, the infringement of the '436 Patent by selling, offering to sell, and/or importing into the United States infringing health monitoring kiosks, with the direct infringement being

accomplished by end users of at least the Healthspot Stations.  Healthspot has encouraged, trained, and instructed customers and end users to operate health monitoring stations to measure blood pressure or weight and transmit the data through a network to store the measurement data in remote data storage.  *See* Patient Brochure, attached herein as Exhibit 2; Physician Brochure, attached herein as Exhibit 3; Pharmacy Brochure, attached herein as Exhibit 4.  Healthspot knew that these acts constitute infringement of the '436 Patent.  Further, the Healthspot kiosks have no substantial non-infringing purpose.

22.     Healthspot's conduct has damaged and will continue to damage CSI.

23.     Healthspot's infringement has been in willful disregard of CSI's patent rights, making this case exceptional under 35 U.S.C. § 285.

24.     CSI will suffer further damages and irreparable injury unless and until Healthspot is enjoined by this Court from continuing such infringement.

### PRAYER FOR RELIEF

WHEREFORE, CSI respectfully requests that this Court enter judgment in its favor and against Healthspot and enter an Order granting the following relief:

1.     Declare that the Healthspot has infringed, contributed to the infringement of, and/or induced the infringement of the '436 Patent;

2.     Permanently enjoin and restrain Healthspot and all others with actual notice of the order from further acts infringing the '436 Patent, including making, importing, using, selling, offering for sale, contributing to the infringement of, and/or inducing the use of all products and/or systems found to infringe the '436 Patent;

3.     Require Healthspot to send a copy of any judgment or injunction in this case in favor of CSI to each licensee, sublicensee, distributor, person, or entity to whom Healthspot sells, has sold, or has otherwise distributed products and/or systems found to infringe the '436 Patent;

4.     Order the impounding and destruction of all of Healthspot products and/or systems that infringe the '436 Patent;

/ / /

5. Award CSI patent infringement damages and pre-judgment interest pursuant to 35 U.S.C. § 284;

6. Order an accounting of Healthspot's profits resulting from sales of its products and/or systems that infringe the '436 Patent;

7. An Order trebling damages for willful patent infringement pursuant to 35 U.S.C. § 284;

8. A finding that this case is exceptional pursuant to 35 U.S.C. § 285 and an Order granting reasonable costs and attorneys' fees; and

9. Award such other relief as the Court may deem appropriate and just under the circumstances.

## JURY DEMAND

Plaintiff demands a trial by jury of all claims and all issues triable as of right by jury in this action.

DATED this 15th day of April, 2014.                    ARMSTRONG TEASDALE LLP

By:   /s/Jennifer E. Hoekel
RICHARD G. CAMPBELL, JR.
Nevada Bar No.:  1832
ARMSTRONG TEASDALE, LLP
50 West Liberty Street, Suite 950
Reno, Nevada 89501
Telephone No.:  (775) 322-7400
Facsimile No.:  (775) 322-9089
Email:  rcampbell@armstrongteasdale.com

JENNIFER E. HOEKEL
Nevada Bar No.:  12775
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone No.:  314.621.5070
Facsimile No.:  314.621.5065
Email:  jhoekel@armstrongteasdale.com

*Attorneys for Plaintiff Computerized Screening, Inc.*