**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COMPUTERIZED SCREENING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HEALTHSPOT, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:14-cv-00573-RFB-NJK <br><br> ORDER DENYING MOTION TO STAY <br><br> (Docket No. 27) |

Pending before the Court is Defendant's motion to stay this proceeding pending the resolution of a "parallel action by identical parties in the U.S. District Court for the Northern District of Ohio." Docket No. 27. In deciding whether to grant a stay, the Court is guided by the objectives of Federal Rule of Civil Procedure 1 to ensure a "just, speedy, and inexpensive determination of every action." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). The Court finds that a stay would be contrary to the goals of Rule 1. Moreover, the matter in the Northern District of Ohio has concluded. *HealthSpot, Inc. v. Computerized Screening, Inc.*, 2015 WL 5172977, at *3 (N.D. Ohio Sept. 3, 2015). Accordingly, Defendant's motion to stay is hereby **DENIED**.

IT IS SO ORDERED.

DATED: September 11, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge