JENNIFER E. HOEKEL
Nevada Bar No.: 12775
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone No.:  314.621.5070
Facsimile No.:  314.621.5065
Email:  jhoekel@armstrongteasdale.com

*Attorneys for Plaintiff Computerized Screening, Inc.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| COMPUTERIZED SCREENING, INC., | CASE NO. 2:14cv573-RFB-NJK |
| Plaintiff, | |
| v. | **JOINT MOTION TO STAY LITIGATION PENDING APPEAL** |
| HEALTHSPOT, INC. | |
| Defendant. | |

Plaintiff Computerized Screening, Inc. ("CSI") and Defendant HealthSpot, Inc. ("HealthSpot"), hereby move the Court to issue an order staying the litigation pending resolution of the appeal of the proceedings filed in the Northern District of Ohio to the Court of Appeals for the Federal Circuit.  The Parties have reached this agreement and stipulate to entry of a stay in an effort to preserve CSI's claims and HealthSpot's counterclaims and affirmative defenses, minimize cost, and preserve judicial economy.

DATED: October 16, 2015

| | |
|---|---|
| By: /s/Byron F. Browne | By: /s/ Jennifer E Hoekel |
| Byron F. Brown, Esq. | Armstrong Teasdale LLP |
| Nevada Bar 9769 | 7700 Forsyth Blvd, Suite 1800 |
| Atkinson, Watkins, & Hoffman LLP | St Louis, MO 63105 |
| 10789 W. Twain Ave., Suite 100 | |
| Las Vegas, NV 89135 | |
| | |
| Brian E. Turung, Esq. (Pro Hac Vice) | |

-1-

1
2
3
4

Jude A. Fry, Esq. (Pro Hac Vice)
Fay Sharpe LLP
1228 Euclid Avenue
The Halle Bldg., 5th Floor
Cleveland, OH 44115

5
6

**IT IS SO ORDERED:**

7
8

Dated this __3rd___ day of December, 2015.

9
10

_____
RICHARD F. BOULWARE, II
United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28