JENNIFER E. HOEKEL
Nevada Bar No.: 12775
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone No.:  314.621.5070
Facsimile No.:  314.621.5065
Email:  jhoekel@armstrongteasdale.com

*Attorneys for Plaintiff Computerized Screening, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COMPUTERIZED SCREENING, INC., | CASE NO. 2:14cv573-RFB-NJK |
| Plaintiff, | |
| v. | **JOINT MOTION TO WITHDRAW MOTION TO DISMISS (DOC. 40)** |
| HEALTHSPOT, INC. | |
| Defendant. | |

Plaintiff Computerized Screening, Inc. ("CSI") and Defendant HealthSpot, Inc. ("HealthSpot"), hereby move the Court to withdraw HealthSpot's pending Motion to Dismiss (Doc. 40) without prejudice to re-file in the future.  The Parties have reached this agreement and stipulate to entry of a stay in an effort to preserve CSI's claims and HealthSpot's counterclaims and affirmative defenses, minimize cost, and preserve judicial economy.

After a final judgment by the Federal Circuit finding that personal jurisdiction as to CSI was proper in the Northern District of Ohio, the parties agree to file a joint motion to dismiss this action.

DATED: October 16, 2015

By: /s/Byron F. Browne                                    By: /s/ Jennifer E Hoekel
Byron F. Brown, Esq.                                       Armstrong Teasdale LLP
Nevada Bar 9769                                              7700 Forsyth Blvd, Suite 1800
Atkinson, Watkins, & Hoffman LLP             St Louis, MO 63105

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

10789 W. Twain Ave., Suite 100
Las Vegas, NV 89135

Brian E. Turung, Esq. (Pro Hac Vice)
Jude A. Fry, Esq. (Pro Hac Vice)
Fay Sharpe LLP
1228 Euclid Avenue
The Halle Bldg., 5th Floor
Cleveland, OH 44115


**IT IS SO ORDERED:**


Dated this ___3rd___ day of  December, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

-2-