JENNIFER E. HOEKEL
Nevada Bar No.: 12775
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone No.:  314.621.5070
Facsimile No.:  314.621.5065
Email:  jhoekel@armstrongteasdale.com

*Attorneys for Plaintiff Computerized Screening, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COMPUTERIZED SCREENING, INC., <br><br>Plaintiff, <br><br>v. <br><br>HEALTHSPOT, INC. <br><br>Defendant. | CASE NO. 2:14-cv-573-RFB-NJK <br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiff Computerized Screening, Inc. ("CSI") and Defendant HealthSpot, Inc. ("HealthSpot"), hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all of Plaintiff's claims (Count I of Plaintiff's Complaint, ECF. No. 1) are dismissed *without prejudice*.

Plaintiff and Defendant further stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all of Defendants' counterclaims (Counts I-VIII of Defendant's Answer and Counterclaims, ECF. No. 26) are dismissed *without prejudice*.

Plaintiff and Defendant further stipulate that each party will bear its own attorneys' fees and costs relating to this action.

DATED: May 16, 2017

By: /s/ Brian E. Turung  
Byron F. Brown, Esq.  
Nevada Bar 9769  
Browne Law Group  
10191 W. Park Run Drive, Suite 110  
Las Vegas, NV 89145  

Brian E. Turung  
Fay Sharpe LLP  
The Halle Building, 5th Floor  
1228 Euclid Avenue  
Cleveland, Ohio 44115  

*Attorneys for Defendant HealthSpot, Inc.*

By: /s/ Jennifer E. Hoekel  
Jennifer E. Hoekel  
Armstrong Teasdale LLP  
7700 Forsyth Blvd, Suite 1800  
St Louis, MO 63105  

*Attorneys for Plaintiff Computerized Screening, Inc.*

By: /s/ Myron N. Terlecky  
Myron N. Terlecky  
Strip, Hoppers, Leithart, McGrath &  
Terlecky Co., LPA  
575 South Third Street  
Columbus, OH 43215  

*Trustee for Defendant HealthSpot, Inc.*

**IT IS SO ORDERED:**

Dated this __22nd__ day of May, 2017.

_____  
RICHARD F. BOULWARE, II  
UNITED STATES DISTRICT JUDGE

-2-